AO 442 (Rev. 11/11) Arrest Warrant



CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/7/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel Gomez-Barajas | ) | Case No. 5:19-cr-00008-03 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel Gomez-Barajas ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Drug Conspiracy

Date: 03/05/2019

*Issuing officer's signature* — For Deputy Clerk

City and state: Harrisonburg, VA          Honorable Elizabeth K. Dillon
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/19 , and the person was arrested on *(date)* 3/7/19
at *(city and state)* Harrisonburg, VA .

Date: 3/7/19

**DARYL BENDER**  Digitally signed by DARYL BENDER
Date: 2019.03.07 10:58:30 -05'00'
*Arresting officer's signature*

Daryl Bender   DUSM
*Printed name and title*